# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Allstate Insurance Company

                Plaintiff,

v.                                                     Case No.: 1:15−cv−06574
                                                        Honorable Thomas M. Durkin

A.O. Smith Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 18, 2016:

      MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 3/18/2016. Plaintiff's petition to compel arbitration [1] is granted for the reasons stated orally. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.